# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN EUGENE HANING,

      Plaintiff,  :

v.  :    Case No. 2:20-cv-5918
    Judge Sarah D. Morrison
    Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF
SOCIAL SECURITY,  :

      Defendant.

## ORDER

This matter is before the Court on the October 8, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 21.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **AFFIRMED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

IT IS SO ORDERED.

                              /s/ Sarah D. Morrison
                              SARAH D. MORRISON
                              UNITED STATES DISTRICT JUDGE